CHARLES D. HARRIS, Respondent, *v.* NEW YORK CITY
INTERBOROUGH RAILWAY COMPANY, Appellant.

(Argued October 19, 1932; decided November 22, 1932.)

*Alfred T. Davison, Victor McQuistion* and *Addison B.
Scoville* for appellant.

*Thomas J. O' Neill* and *Charles D. Lewis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.